UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0040 DAD CKD P<br><br><br>ORDER |

　　　　Plaintiff has filed what the court construes as a request for an extension of time to file an application to proceed in forma pauperis. Good cause appearing, that request will be granted. Plaintiff also requests that the court enter other orders related to his conditions of confinement. Plaintiff is informed that the court generally cannot make any orders until in forma pauperis status is granted, or plaintiff pays the $402 filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request for an extension of time (ECF No. 6) is granted.

　　　　2. Plaintiff is granted thirty days from the date of this order in which to file a completed application to proceed in forma pauperis, which includes a certified copy of his inmate trust account statement, or pay the $402 filing fee. Failure to comply with this order will result in dismissal.

/////

1

3. All other requests made by plaintiff in the document filed February 21, 2023 are denied.

4. The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis.

Dated: March 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

will1230.36

2